**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Paul Conner,  Plaintiff, | FILED: AUGUST 25, 2008 |
| v. | 08CV4827 |
| Sheriff Tom Dart, officially as Sheriff of Cook County,  Defendant. | JUDGE DER-YEGHIAYAN  MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paul Conner                                                                      AO

| |
|---|
| NAME (Type or print)  Ronak D. Patel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Ronak D. Patel |
| FIRM  GREGORY E. KULIS & ASSOCIATES, LTD. |
| STREET ADDRESS  30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP  Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6290425 | TELEPHONE NUMBER  312-580-1830 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐