**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Paul Conner, Plaintiff, v. Sheriff Tom Dart, officially as Sheriff of Cook County, Defendant. | FILED: AUGUST 25, 2008<br>08CV4827<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Paul Conner

AO

| | |
|---|---|
| NAME (Type or print)<br>David S. Lipschultz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David S. Lipschultz | |
| FIRM<br>GREGORY E. KULIS & ASSOCIATES, LTD. | |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 2140 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277910 | TELEPHONE NUMBER<br>312-580-1830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |